UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELANIE CRABB and DE'ERIKA FONFARA-COOPER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No.: 2:26-CV-01699-RSM<br><br>ORDER GRANTING STIPULATED JOINT MOTION TO STAY, OR IN THE ALTERNATIVE TO CONTINUE, THE INITIAL SCHEDULING DATES PENDING RESOLUTION OF PLAINTIFFS' MOTION TO REMAND |

THIS MATTER having come before the Court on the Parties' Stipulated Joint Motion to Stay, or in the Alternative to Continue, the Initial Scheduling Dates Pending Resolution of Plaintiffs' Motion to Remand (the "Motion"), and the Court having considered the Motion and the file herein, and being otherwise fully advised, NOW THEREFORE,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Initial Scheduling Dates in the Court's May 28, 2026, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 10) are hereby stayed pending the Court's ruling on Plaintiffs' Motion to Remand. The Court will issue a new order with revised Initial Scheduling Dates if Plaintiffs' Motion to Remand is denied.

IT IS SO ORDERED.

DATED this 2nd day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1